File No. 14087

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :    Chapter 13
                                          :
Ralph D. Doyle, Jr. and Jessica M.        :
Doyle,                                    :
                                          :
                                          :
                                          :    Case No.  25-22881 JAD
Debtors.                                  :

AFFIDAVIT OF INCOME

    Ralph D. Doyle, Jr., Debtor within the bankruptcy, states that he is employed as a Rural Carrier by U.S. Postal Service. From January 1, 2025, through the present, he has earned $55,853.00. He has no income from any other source.

    Jessica M. Doyle, Co-Debtor, states that she is not employed and she has no income from any other source.

    Proof of Debtors' income is attached.

    We verify that the statements made in this affidavit are true and correct to the best of our personal knowledge or information and belief. We understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Ralph D. Doyle, Jr., Debtor

_____
Jessica M. Doyle, Co-Debtor

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | RALPH D DOYLE JR |
| Employee ID: | 06004892 |
| Finance Number: | 41-8656 |
| Pay Location: | K09 |
| Pay Period: | 23-2025 |
| Pay Date: | 11/07/25 |
| Inclusive Dates: | 10/18/25 - 10/31/25 |

**Net Pay:** $1,725.91

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-25 | 1 | K | 009 | | 710 | 64,762 | 051 | RURAL ACTUAL HOURS | 37.78 | .00 | |
| 23-25 | 1 | K | 009 | | 710 | 64,762 | 053 | OVERTIME HOURS | 8.60 | 373.62 | |
| 23-25 | 1 | K | 009 | | 710 | 64,762 | 052 | WORK HOURS | 43.00 | 1,245.42 | |
| 23-25 | 2 | K | 009 | | 710 | 64,762 | 051 | RURAL ACTUAL HOURS | 31.20 | .00 | |
| 23-25 | 2 | K | 009 | | 710 | 64,762 | 052 | WORK HOURS | 43.00 | 1,245.42 | ✓ |
| | | | | | | | | Total Hours Gross Pay: | | 2,864.46 | |

## Leave & Retirement Information

**Category: 6.00**                                 Annual Leave
Leave Computation Date: 08/14/21

| | |
|---|---|
| AL Prior Year Balance | .50 |
| AL Maximum Carryover | 65.00 |
| AL Carried over from Prior Year | .50 |
| + AL Earned YTD | 15.75 |
| + AL Holiday Earned YTD | 2.00 |
| - AL Used YTD | 22.00 |
| = Earned Annual Leave Balance | -3.75 |
| + AL Advanced YTD | 4.25 |
| = Available AL Balance | .50 |
| AL Used this Pay Period | .00 |

**Category: 4.00**                                 Sick Leave

| | |
|---|---|
| SL Prior Year Balance | .50 |
| + SL Earned YTD | 10.50 |
| - SL Used YTD | 8.00 |
| = Current SL Balance | 3.00 |
| SL Used this Pay Period | .00 |

Other Leave

| | |
|---|---|
| Relief (X) Days Prior Year Balance | .00 |
| + Relief (X) Days Earned YTD | 4.00 |
| - Relief (X) Days Used YTD | 4.00 |
| = Relief (X) Days Balance | .00 |

### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | 4.00 |
| Leave Increment LWOP | 4.00 |

### Retirement

| | | | |
|---|---:|---|---:|
| YTD: | 2,353.85 | Total: | 8,272.13 |

### FERS USPS Thrift Contributions

| | | | |
|---|---:|---|---:|
| PP 1%: | 24.91 | YTD USPS 1%: | 534.98 |
| PP Match: | 99.63 | YTD Matching: | 2,139.90 |

### Insurance Income

| | | | |
|---|---:|---|---:|
| Pay Period: | 2.50 | YTD: | 60.53 |

### Earnings Statement Messages

EARNED A/L NEGATIVE

## Additional Pay & Other Compensation

| Description | Amount Pay Period | YTD |
|---|---:|---:|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,864.46 | $55,852.77 |

## Deductions

| Description | Pay Period | YTD |
|---|---:|---:|
| Retirement: FERS - Ret-FICA Code E | 109.60 | 2,353.85 |
| Social Security | 166.00 | see YTD below |
| Medicare | 38.82 | see YTD below |
| Federal Tax: M 00 | 149.53 | 2,287.86 |
| Health Plan Pre-tax: (Family) 35B BLUE CROSS AND BLUE SHIELD | 139.92 | 3,038.22 |
| State Income Tax: PA M 00 | 82.19 | 1,581.02 |
| FEDVIP Vision Pre Tax | 11.34 | 260.70 |
| FEDVIP Dental Pre Tax | 35.84 | 821.68 |
| Optional Insurance: A | .30 | 4.80 |
| Social Security (deducted on Ins Income) | .16 | 3,196.81 |
| Medicare (deducted on Ins Income) | .04 | 747.64 |
| TSP Loan: G | 21.43 | 492.89 |
| TSP Loan: G | 21.03 | 483.69 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 124.54 | 2,674.89 |
| Union Dues: R | 33.09 | 761.07 |
| Allotment | 25.52 | 229.68 |
| Allotment | 175.00 | 2,975.00 |
| Total Current Pay Period Deductions: | 1,138.55 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,138.55 | $22,793.57 |
| Net Pay (Net To Bank): | $1,725.91 | $33,059.20 |

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Allotment | 4.20 | 12.60 |
| Health Plan Pre-tax: (Self + 1) Y83 UNITEDHEALTHCARE | .00 | 231.31 |
| Allotment | .00 | 605.92 |
| Allotment | .00 | 33.94 |
| Total Current Pay Period Deductions: | 1,138.55 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,138.55 | $22,793.57 |
| Net Pay (Net To Bank): | $1,725.91 | $33,059.20 |

**Adjustments**

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

| | |
|---|---|
| Employee: | RALPH D DOYLE JR |
| Employee ID: | 06004892 |
| Finance Number: | 41-8656 |
| Pay Location: | K09 |
| Pay Period: | 22-2025 |
| Pay Date: | 10/24/25 |
| Inclusive Dates: | 10/04/25 - 10/17/25 |

**Net Pay:** $1,729.38

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount | EMA / Second Trip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-25 | 1 | K | 009 | | 710 | 64,762 | 051 | RURAL ACTUAL HOURS | 26.67 | .00 | |
| 22-25 | 1 | K | 009 | | 710 | 64,762 | 055 | ANNUAL LEAVE | 8.00 | 249.08 | |
| 22-25 | 1 | K | 009 | | 710 | 64,762 | 052 | WORK HOURS | 34.40 | 996.34 | |
| 22-25 | 2 | K | 009 | | 710 | 64,762 | 051 | RURAL ACTUAL HOURS | 31.82 | .00 | |
| 22-25 | 2 | K | 009 | | 710 | 64,762 | 053 | OVERTIME HOURS | 2.42 | 129.01 | |
| 22-25 | 2 | K | 009 | | 710 | 64,762 | 057 | HOLIDAY WORK | 8.00 | 249.08 | |
| 22-25 | 2 | K | 009 | | 710 | 64,762 | 058 | HOLIDAY LEAVE | 8.00 | 249.08 | |
| 22-25 | 2 | K | 009 | | 710 | 64,762 | 052 | WORK HOURS | 34.40 | 996.34 | |
| | | | | | | | | Total Hours Gross Pay: | | 2,868.93 | |

## Leave & Retirement Information

**Category: 6.00**                    **Annual Leave**
Leave Computation Date: 08/14/21

| | |
|---|---:|
| AL Prior Year Balance | .50 |
| AL Maximum Carryover | 65.00 |
| AL Carried over from Prior Year | .50 |
| + AL Earned YTD | 15.00 |
| + AL Holiday Earned YTD | 2.00 |
| - AL Used YTD | 22.00 |
| = Earned Annual Leave Balance | -4.50 |
| + AL Advanced YTD | 5.00 |
| = Available AL Balance | .50 |
| AL Used this Pay Period | 1.00 |

**Category: 4.00**                    **Sick Leave**

| | |
|---|---:|
| SL Prior Year Balance | .50 |
| + SL Earned YTD | 10.00 |
| - SL Used YTD | 8.00 |
| = Current SL Balance | 2.50 |
| SL Used this Pay Period | .00 |

**Other Leave**

| | |
|---|---:|
| Relief (X) Days Prior Year Balance | .00 |
| + Relief (X) Days Earned YTD | 4.00 |
| - Relief (X) Days Used YTD | 4.00 |

### Other Leave

| | |
|---|---:|
| = Relief (X) Days Balance | .00 |

### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | 4.00 |
| Leave Increment LWOP | 4.00 |

### Retirement

| | | | |
|---|---:|---|---:|
| YTD: | 2,244.25 | Total: | 8,272.13 |

### FERS USPS Thrift Contributions

| | | | |
|---|---:|---|---:|
| PP 1%: | 24.91 | YTD USPS 1%: | 510.07 |
| PP Match: | 99.63 | YTD Matching: | 2,040.27 |

### Insurance Income

| | | | |
|---|---:|---|---:|
| Pay Period: | 2.50 | YTD: | 58.03 |

### Earnings Statement Messages

EARNED A/L NEGATIVE

### Additional Pay & Other Compensation

| Description | Pay Period | YTD |
|---|---:|---:|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $2,868.93 | $52,988.31 |

### Deductions

| Description | Pay Period | YTD |
|---|---:|---:|
| Retirement: FERS - Ret-FICA Code E | 109.60 | 2,244.25 |
| Social Security | 166.27 | see YTD below |
| Medicare | 38.89 | see YTD below |
| Federal Tax: M 00 | 150.07 | 2,138.33 |
| Health Plan Pre-tax: (Family) 35B BLUE CROSS AND BLUE SHIELD | 139.92 | 2,898.30 |
| State Income Tax: PA M 00 | 82.33 | 1,498.83 |
| FEDVIP Vision Pre Tax | 11.34 | 249.36 |
| FEDVIP Dental Pre Tax | 35.84 | 785.84 |
| Optional Insurance: A | .30 | 4.50 |
| Social Security (deducted on Ins Income) | .15 | 3,030.65 |
| Medicare (deducted on Ins Income) | .03 | 708.78 |
| TSP Loan: G | 21.43 | 471.46 |
| TSP Loan: G | 21.03 | 462.66 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 124.54 | 2,550.35 |
| Union Dues: R | 33.09 | 727.98 |
| Total Current Pay Period Deductions: | 1,139.55 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,139.55 | $21,655.02 |
| Net Pay (Net To Bank): | $1,729.38 | $31,333.29 |

| Description | Amount Pay Period | YTD |
|---|---|---|
| Allotment | 25.52 | 204.16 |
| Allotment | 175.00 | 2,800.00 |
| Allotment | 4.20 | 8.40 |
| Health Plan Pre-tax: (Self + 1) Y83 UNITEDHEALTHCARE | .00 | 231.31 |
| Allotment | .00 | 605.92 |
| Allotment | .00 | 33.94 |
| **Total Current Pay Period Deductions:** | 1,139.55 | |
| **Total Adjustments Deductions:** | .00 | |
| **Total Deductions:** | $1,139.55 | $21,655.02 |
| **Net Pay (Net To Bank):** | $1,729.38 | $31,333.29 |

**Adjustments**

No adjustments for this pay period

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| K K09 | 41-8656 | R D DOYLE JR | 06004892 | 21 25 | 00006118 |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 6.00 |
| 2 | K009 | 64762 | 710 | W | 43.00 | 1245.42 | GROSS PAY 2543.52 | 50119.38 | AL PRIOR YR BAL 0.50 |
| 1 | K009 | 64762 | 710 | O | 1.00 | 52.68 | FED TAX M0 111.02 | 1988.26 | + AL EARNED YTD 14.25 |
| 1 | K009 | 64762 | 710 | W | 43.00 | 1245.42 | ST TAX PAM0 72.34 | 1416.50 | + AL HOL EARNED YTD 2.00 |
| INSURANCE INCOME | | | | | 2.60 | | RETIRE E 109.60 | 2134.65 | - AL USED YTD 21.00 |
| X DAY BALANCE | | | | | 0 | | MEDICARE 34.21 | 669.86 | = EARNED AL BAL -4.25 |
| | | | | | | | UN R 38.09 | 694.89 | + AL ADVANCED 5.75 |
| | | | | | | | ALOT .00 | 33.94 | = AVAIL AL BAL 1.50 |
| | | | | | | | ALOT .00 | 187.72 | AL USED THIS PP 0.00 |
| | | | | | | | ALOT .00 | 25.52 | SICK LEAVE(SL) CAT: 4.00 |
| | | | | | | | ALOT .00 | 250.92 | SL PRIOR YR BAL 0.50 |
| | | | | | | | ALOT .00 | 1225.00 | + SL EARNED YTD 9.50 |
| | | | | | | | ALOT .00 | 350.00 | - SL USED YTD 8.00 |
| | | | | | | | ALOT .00 | 167.28 | = CURRENT SL BAL 2.00 |
| | | | | | | | ALOT 4.20 | 4.20 | SL USED THIS PP 0.00 |
| | | | | | | | ALOT 175.00 | 1050.00 | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | ALOT 25.52 | 153.12 | PAY PERIOD LWOP 0.00 |
| | | | | | | | TSP05 124.54 | 2425.81 | PP01 TO CURRENT PP 4.00 |
| | | | | | | | TSPLG 21.03 | 441.63 | |
| EARNED A/L NEGATIVE | | | | | | | MISC 354.99 | .00 | USPS RETIREMENT |
| | | | | | | | NET PAY 1477.98 | NT BK | 8272.13 |

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

POSTMASTER/MANAGER
47 E FAYETTE ST
UNIONTOWN PA 15401-9998

10-10-2025
00006118

RALPH D DOYLE JR
56 RESERVOIR RD
UNIONTOWN PA  15401-6568

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| K K09 | 41-8656 | R D DOYLE JR | 06004892 | 20 25 | 00005990 |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | | |
| 2 | K009 | 64762 | 710 | W | 43.00 | 1245.42 | GROSS PAY 2490.84 | 47575.86 | ANNUAL LEAVE(AL) CAT: | 6.00 |
| 1 | K009 | 64762 | 710 | W | 43.00 | 1245.42 | FED TAX M0 104.70 | 1877.24 | AL PRIOR YR BAL | 0.50 |
| INSURANCE INCOME | | | | | 2.90 | | ST TAX PAM0 70.72 | 1344.16 | + AL EARNED YTD | 13.50 |
| X DAY BALANCE | | | | | 0 | | RETIRE E 109.60 | 2025.05 | + AL HOL EARNED YTD | 2.00 |
| | | | | | | | MEDICARE 33.44 | 635.65 | - AL USED YTD | 21.00 |
| | | | | | | | UN R 33.09 | 661.80 | = EARNED AL BAL | -5.00 |
| | | | | | | | ALOT .00 | 187.72 | + AL ADVANCED | 6.50 |
| | | | | | | | ALOT .00 | 25.52 | = AVAIL AL BAL | 1.50 |
| | | | | | | | ALOT .00 | 250.92 | AL USED THIS PP | 0.00 |
| | | | | | | | ALOT .00 | 1225.00 | SICK LEAVE(SL) CAT: | 4.00 |
| | | | | | | | ALOT .00 | 350.00 | SL PRIOR YR BAL | 0.50 |
| | | | | | | | ALOT .00 | 167.28 | + SL EARNED YTD | 9.00 |
| | | | | | | | ALOT 16.97 | 33.94 | - SL USED YTD | 8.00 |
| | | | | | | | ALOT 175.00 | 875.00 | = CURRENT SL BAL | 1.50 |
| | | | | | | | ALOT 25.52 | 127.60 | SL USED THIS PP | 0.00 |
| | | | | | | | TSP05 124.54 | 2301.27 | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | TSPLG 21.03 | 420.60 | PAY PERIOD LWOP | 0.00 |
| | | | | | | | TSPLG 21.43 | 428.60 | PP01 TO CURRENT PP | 4.00 |
| | | | | | | | MISC 380.31 | .00 | USPS RETIREMENT | |

CONTRACTUAL INCREASE
EARNED A/L NEGATIVE     NET PAY   1424.49   NT BK          8272.13

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

POSTMASTER/MANAGER
47 E FAYETTE ST
UNIONTOWN PA 15401-9998

09-26-2025
00005990

RALPH D DOYLE JR
56 RESERVOIR RD
UNIONTOWN PA 15401-6568