IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Ralph D. Doyle, Jr. and Jessica M. Doyle, | : | Case No.25-22881 JAD |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on November 20, 2025, I served a copy of the Court's November 19, 2025 wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at the following address:

U.S. Postal Service
Attn: Payroll Manager
47 East Fayette Street
Uniontown, PA 15401

Method of service: first class mail, postage prepaid.
Total number of parties served: 1
Date executed: November 20, 2025

                                              CALAIARO VALENCIK, P.C.

                                        By   /s/ Daniel R. White
                                                 Daniel R. White
                                                 PA I.D. No. 78718
                                                 8 Nickman Plaza
                                                 Lemont Furnace, PA 15456
                                                 Office: 724-719-9388
                                                 Email: dwhite@c-vlaw.com
                                                 Attorneys for Debtors