| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Ralph D. Doyle Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9121 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Jessica M. Doyle<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4222 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13   10/27/25 |
| Case number: | 25-22881-JAD | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ralph D. Doyle Jr. | Jessica M. Doyle |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 56 Reservoir Road<br>Uniontown, PA 15401 | 56 Reservoir Road<br>Uniontown, PA 15401 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel R. White<br>Calaiaro Valencik<br>8 Nickman Plaza<br>Lemont Furnace, PA 15456 | Contact phone 724–386–7364<br><br>Email: dwhite@c-vlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/20/25 |

**For more information, see page 2**

Debtor  **Ralph D. Doyle Jr.**  and  **Jessica M. Doyle**                                                                                     Case number **25–22881–JAD**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 2, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call**<br>**1–412–532–8861** For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/3/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/5/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/24/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing-proof-claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing-proof-claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial meeting on confirmation will be held by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**2/2/26** at **10:00 AM** , Location: **Same location as the Meeting of Creditors.**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22881-JAD |
| Ralph D. Doyle, Jr. | Chapter 13 |
| Jessica M. Doyle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 20, 2025 | Form ID: 309iPGH | Total Noticed: 74 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph D. Doyle, Jr., Jessica M. Doyle, 56 Reservoir Road, Uniontown, PA 15401-6568 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16600997 | + | Allen R. Byler, 1152 Lower Sandy Hollow Road, Vanderbilt, PA 15486-1010 |
| 16601002 | + | Breezeline, P.O. Box 371801, Pittsburgh, PA 15250-7801 |
| 16601005 | + | Byler Farm and Roofing, LLC, 1152 LOwer Sandy Hollow Road, Vanderbilt, PA 15486-1010 |
| 16601015 | + | Donald McCue, 813 Blackstone Road, Connellsville, PA 15425-2901 |
| 16601016 | | Edgepark, P.O. Boix 639457, Cincinnati, OH 45263-9457 |
| 16609859 | + | Fayette County Clerk of Courts, 61 East Main Street, Uniontown, PA 15401-3514 |
| 16601022 | + | Hi-Way Self Storage, P.O. Box 26, Hopwood, PA 15445-0026 |
| 16609854 | | LVNV Funding, LLA, c/o Patenaude & Felix A.P.C., 2400 Ansys Drive, Suite 400B, Avella, PA 15312 |
| 16601036 | + | Ryan Oil Company, P.O. Box 121, Oliver, PA 15472-0121 |
| 16609852 | + | Southwest Regional Tax Bureau, One Centennial Way, Scottdale, PA 15683-1741 |
| 16601041 | + | Varo Loc, Attn: Bankruptcy, 222 Kearny Street, 9th Floor, San Francisco, CA 94108-4519 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dwhite@c-vlaw.com | Nov 21 2025 02:01:00 | Daniel R. White, Calaiaro Valencik, 8 Nickman Plaza, Lemont Furnace, PA 15456 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Nov 21 2025 02:01:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Nov 21 2025 05:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 21 2025 05:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Nov 21 2025 02:01:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | EDI: AISACG.COM | Nov 21 2025 05:49:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Nov 21 2025 05:49:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16609860 | + | EDI: AISACG.COM | Nov 21 2025 05:49:00 | AIS Portfolio Services, LLC, Attn: Bridgecrest Credit Company, LLC, 4515 North Santa Fe Avenue Dept. APS, Oklahoma City, OK 73118-7901 |
| 16600999 | + | EDI: ATTWIREBK.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 21 2025 05:49:00 | AT&T Mobility, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 16600998 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 21 2025 02:01:00 | Aspire Visa, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 16601000 | ^ | MEBN | Nov 21 2025 00:47:36 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 16601001 | + | Email/Text: bankruptcy@bmgmoney.com | Nov 21 2025 02:01:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue, Suite 250, Miami, FL 33131-2404 |
| 16601003 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 21 2025 02:01:00 | Bridgecrest Acceptance Corporation, Attn: Bankruptcy, P.O. Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 16601004 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | Nov 21 2025 02:01:00 | Brigit/Coastal, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 16601006 | | EDI: CAPITALONE.COM | Nov 21 2025 05:49:00 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16601007 | + | EDI: CAPITALONE.COM | Nov 21 2025 05:49:00 | Capital One/Menards, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16601008 | + | EDI: CAPITALONE.COM | Nov 21 2025 05:49:00 | Capital One/Quicksilver, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16605782 | + | EDI: AISACG.COM | Nov 21 2025 05:49:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16609858 | + | EDI: AISACG.COM | Nov 21 2025 05:49:00 | Carvana, LLC d/b/a Bridgecrest, c/o AIS Portfolio Services, LLC, 4515 North Santa Fe Avenue Dept. APS, Oklahoma City, OK 73118-7901 |
| 16601009 | + | EDI: CITICORP | Nov 21 2025 05:49:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16601010 | + | Email/Text: esther@cbhv.com | Nov 21 2025 02:01:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Road, P.O. Box 831, Newburgh, NY 12551-0831 |
| 16601011 | + | EDI: WFNNB.COM | Nov 21 2025 05:49:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, P.O. Box 182273, Columbus, OH 43218-2273 |
| 16601012 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2025 01:34:43 | Credit One Bank, Attn: Bankruptcy Dept., 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 16601013 | | Email/Text: backoffice.us@deferit.com | Nov 21 2025 02:01:00 | Deferit, Inc., Attn: Bankruptcy/Legal, P.O. Box 3511, New York, NY 10008 |
| 16601014 | + | EDI: MAXMSAIDV | Nov 21 2025 05:49:00 | Dept. Of Education/Aidvantage, P.O. Box 300001, Greenville, TX 75403-3001 |
| 16601017 | + | EDI: BLUESTEM | Nov 21 2025 05:49:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 16601018 | + | EDI: BLUESTEM | Nov 21 2025 05:49:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 16601019 | + | EDI: AMINFOFP.COM | Nov 21 2025 05:49:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 16601020 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 21 2025 02:01:00 | Fortiva Credit Card, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 16601021 | | Email/Text: bankruptcy@glsllc.com | Nov 21 2025 02:01:00 | Global Lending Services LLC, Attn: Bankruptcy, P.O. Box 10437, Greenville, SC 29603 |
| 16609856 | + | EDI: PHINHARRIS | Nov 21 2025 05:49:00 | Harris & Harris, 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 16602849 | | EDI: JEFFERSONCAP.COM | Nov 21 2025 05:49:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

Case 25-22881-JAD   Doc 25   Filed 11/22/25   Entered 11/23/25 00:30:22   Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: 309iPGH | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| 16601024 | + | EDI: JEFFERSONCAP.COM | Nov 21 2025 05:49:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 16601023 | + | EDI: JEFFERSONCAP.COM | Nov 21 2025 05:49:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Avenue East, Sartekk, MN 56377-4500 |
| 16601025 | ^ | MEBN | Nov 21 2025 00:47:25 | KML Law Group, P.C., Mellon Independence Center, 701 Market Street-Suite 5000, Philadelphia, PA 19106-1541 |
| 16601026 | + | Email/Text: inchargehq@westcreekfin.com | Nov 21 2025 02:01:00 | Koalafi, Attn: Bankruptcy, P.O. Box 5518, Glen Allen, VA 23058-5518 |
| 16601029 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 01:31:12 | LVNV Funding LLC/Resurgent Capital Svc., Resurgent Correspondence, Attn: Bankrupt, P.O. Box 1269, Greenville, SC 29602-1269 |
| 16602615 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 01:31:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16609857 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2025 01:31:57 | LVNV Funding, LLC, 6801 South Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 16601027 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2025 02:01:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon, MS 5-251, Miami, FL 33146-1839 |
| 16601028 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 21 2025 02:01:00 | Loancare, Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16601030 | + | Email/Text: financeadmin@mdg.com | Nov 21 2025 02:01:00 | MDG USA, Inc./Capital Community Bank, Attn: Bankruptcy, 3422 Old Capitol Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 16601031 | | Email/Text: ml-ebn@missionlane.com | Nov 21 2025 02:01:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 16601032 | + | Email/Text: bankruptcy@moneylion.com | Nov 21 2025 02:01:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 16601033 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 21 2025 02:01:00 | PA American Water, P.O. Box 2798, Camden, NJ 08101-2700 |
| 16609851 | ^ | MEBN | Nov 21 2025 00:47:31 | PA Turnpike Commission, Attn: Toll Enforcement, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 16601034 | | EDI: PRA.COM | Nov 21 2025 05:49:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16604003 | | Email/Text: csc.bankruptcy@amwater.com | Nov 21 2025 02:01:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 16609904 | + | EDI: JEFFERSONCAP.COM | Nov 21 2025 05:49:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 16601035 | + | Email/Text: ngisupport@radiusgs.com | Nov 21 2025 02:01:00 | Radius Global Solutions, LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 16601037 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Nov 21 2025 02:01:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 16601038 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 21 2025 02:01:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, P.O. Box 9004, Melville, NY 11747-9004 |
| 16601039 | + | EDI: WTRRNBANK.COM | Nov 21 2025 05:49:00 | Target National Bank, C/O Financial & Retail Services, Mailstop BT, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 16601040 | + | EDI: CBS7AVE | Nov 21 2025 05:49:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 16601333 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 21 2025 02:46:33 | U.S. Department of Housing and Urban |

| Recip ID | Bypass/Method | Date | Name and Address |
|---|---|---|---|
| | | | Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 16609853 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 21 2025 02:46:33 | US Department of Housing & Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107 |
| 16601042 | EDI: VERIZONCOMB.COM | Nov 21 2025 05:49:00 | Verizon, P.O. Box 408, Newark, NJ 07101-0408 |
| 16601043 | + EDI: VERIZONCOMB.COM | Nov 21 2025 05:49:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 16601046 | + Email/Text: BNCnotices@dcmservices.com | Nov 21 2025 02:01:00 | WVU Medicine, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 16601044 | + Email/Text: bankruptcy@firstenergycorp.com | Nov 21 2025 02:01:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 16601045 | + Email/Text: ebankruptcy@woodforest.com | Nov 21 2025 02:01:00 | Woodforest National Bank, Attn: Bankruptcy, P.O. Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 16609855 | *+ | PA Turnpike Commission, Attn: Toll Enforcement, 300 East Park Drive, Harrisburg, PA 17111-2729 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Ralph D. Doyle Jr. r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Joint Debtor Jessica M. Doyle r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: Nov 20, 2025 Form ID: 309iPGH Total Noticed: 74
TOTAL: 5