File No.:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
| --- | --- | --- |
|  | : |  |
| Ralph D. Doyle, Jr. and Jessica M. Doyle, | : | Case No. 25-22881 JAD |
|  | : |  |
|  | : | Document No. |
| Debtors. | : |  |
|  | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on February 6, 2026, I served a copy of the Court's February 5, 2026, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at the following address:

U.S. Postal Service
Attn: Payroll Processing Branch
2825 Lone Oak Parkway
Eagan, MN 55121

Method of service: first class mail, postage prepaid.
Total number of parties served: 1
Date executed: February 6, 2026

        CALAIARO VALENCIK, P.C.

        By   /s/ Daniel R. White
            Daniel R. White
            PA I.D. No. 78718
            8 Nickman Plaza
            Lemont Furnace, PA 15456
            Office: 724-719-9388
            Email: dwhite@c-vlaw.com
            Attorneys for Debtors